CKD: USAO 2019R00237

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX19CR304 |
| | * | |
| MARLON DASHAWN FULLER, | * | (Felon in Possession of Firearm, |
| | * | 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of Firearm)

The Grand Jury for the District of Maryland charges that:

On or about February 26, 2019, in the District of Maryland, the defendant,

**MARLON DASHAWN FULLER,**

possessed in and affecting commerce a firearm and ammunition—to wit, a Springfield Armory XD-S .45 Caliber semi-automatic pistol bearing serial number S3300237, loaded with three rounds of 45 ACP ammunition—having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.  Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2.  As a result of the offense set forth in Count One, the defendant,

**MARLON DASHAWN FULLER,**

shall forfeit to the United States the firearm and ammunition identified in Count One and involved in that offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: June 19, 2019

2